**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

| | | |
|---|---|---|
| STRANGE MUSIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-CV-00823-BP |
| | ) | |
| | ) | |
| STRAINGE ENTERTAINMENT, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Strange Music, Inc. and defendant Strainge Entertainment, LLC (collectively, the "Parties") have reached an agreement to settle this action. In accordance with that agreement, pursuant to FED. R. CIV. P. 41(a)(1), the Parties request that this action be dismissed with prejudice. The Parties shall each bear their own attorneys' fees, expenses, and costs.

Dated this 25th day of January, 2018.                Respectfully submitted,

                                                                                */s/ Angel D. Mitchell*
                                                                                B. Trent Webb (MO Bar 40778)
                                                                                Angel D. Mitchell (MO Bar 52309)
                                                                                **SHOOK, HARDY & BACON, LLP**
                                                                                2555 Grand Blvd.
                                                                                Kansas City, Missouri 64108
                                                                                Phone: (816) 474-6550
                                                                                Facsimile: (816) 421-5547

                                                                                ***Attorneys for Plaintiff Strange Music, Inc***.

- 1 -

/s/ Patrick David Kuehl, Jr.
Patrick David Kuehl, Jr. (MO Bar 52370)
**HUSCH BLACKWELL LLP - KCMO**
4801 Main Street, Suite 1000
Kansas City, Missouri 64112-2551
Phone: (816) 983-8379
Facsimile: (816) 983-8080

***Attorneys for Defendant***
***Strainge Entertainment, LLC***